GO11-36/ KF      / 200

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  Michael Osgood and Christina Osgood                    CASE NO:        4:14-bk-15142 T

Chapter 13

## ORDER AUTHORIZING TRUSTEE
## DISBURSEMENT TO DEBTOR
## OF FUNDS RECEIVED AFTER COMPLETION OF PLAN

Before the Court is the proposal of the Trustee to disburse funds to the Debtors.  Upon consideration , the Court makes the following findings:

1.  The Debtors filed a chapter 13 case on September 24, 2014 and proposed a plan of reorganization. The plan was completed on 07/02/2018.

2.  Funds remain or have been received in the amount of $100.36 as a result of a Debtor or employer overpayment.

3.  The Trustee is authorized to disburse these funds to the Debtors.

IT IS SO ORDERED.

Date:  08/03/2018                                      /s/   Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Standing Chapter 13 Trustee

Rainwater, Holt & Sexton Pa   (Noticed by ECF)
P O Box 17250
Little Rock, AR  72222

Michael Osgood and Christina Osgood
28 Sundown Drive
Ward, AR  72176